```
 1  BILAL A. ESSAYLI
    Acting United States Attorney
 2  JOSEPH T. MCNALLY
    Assistant United States Attorney
 3  Acting Chief, Criminal Division
    FRANCES S. LEWIS (Cal. Bar No. 291055)
 4  Assistant United States Attorney
    Chief, General Crimes Section
 5       1200 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-4850
 7       Facsimile: (213) 894-0141
         E-mail:    Frances.Lewis@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-MJ-03504-DUTY |
|---|---|
| Plaintiff, | MOTION TO DISMISS COMPLAINT <u>AGAINST DEFENDANT PURSUANT TO</u> <u>FEDERAL RULE OF CRIMINAL PROCEDURE</u> <u>48(a)</u> |
| v. | |
| DAVID JOSE HUERTA, | |
| Defendant. | |

The Acting United States Attorney for the Central District of California hereby requests leave of the Court to dismiss the complaint against defendant DAVID JOSE HUERTA without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).

//

//

1

1    Counsel for defendant does not object to dismissal, but
2 requests that the dismissal be with prejudice rather than without.
3 Dated: October 17, 2025          Respectfully submitted,

BILAL A. ESSAYLI
Acting United States Attorney

JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division


              /s/
FRANCES S. LEWIS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA