**F I L E D**
CLERK, U.S. DISTRICT COURT

10/17/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ RYO _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-cr-00841-SB |
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1501: Obstruction, Resistance, or Opposition of a Federal Officer] |
| DAVID JOSE HUERTA, | |
| Defendant. | [CLASS A MISDEMEANOR] |

The Acting United States Attorney charges:

[18 U.S.C. §§ 1501, 2(a)]

[CLASS A MISDEMEANOR]

On or about June 6, 2025, in Los Angeles County, within the Central District of California, defendant DAVID JOSE HUERTA ("HUERTA"), and others known and unknown, each aiding and abetting the other, did knowingly and willfully, obstruct, resist, and oppose an officer of the United States, and any such other person duly authorized, in serving and attempting to serve and execute any legal and judicial writ and process of any court of the United States and United States Magistrate Judge, namely, a search warrant for the

//

//

premises at 2415 East 15th Street, Los Angeles, California 90021,
issued in Central District of California, Case No. 2:25-mj-03427, by
a United States Magistrate Judge.

BILAL A. ESSAYLI
Acting United States Attorney

JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes
  Section