**Exhibit A – Marilyn Bednarski Trial Conflicts**

2/24/25 – United States of America v. Tien Vy Tai Truong, CR 8: 24-123-DOC (CDCLA, So. Division). A single defendant exportation of methamphetamine case with a rough trial estimate of 1-2 weeks.