**Exhibit B: Abbe Lowell's Conflicts**

1/5/26-2/5/26 - United States of America v. John Robert Bolton, II, No. 8:25-cr-00314-TDC-1 (D. MD.). Working on case from Sensitive Compartmented Information Facility (SCIF).

1/21/26 - Donald J. Trump, President of the United States, et al., Applicants v. Lisa D. Cook, Member of the Board of Governors of the Federal Reserve System, No. 25A312 (S. Ct.). Oral argument before the Supreme Court of the United States.

3/2/26 - Steiner et al. v. eBay Inc. et al., No. 1:21-cv-11181-PBS (D. Mass.). Trial, rough trial length estimate: 3-4 weeks.