```
TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Acting Assistant United States Attorney
Chief, Criminal Division
CHRIS BULUT (Cal. Bar No. 352016)
Assistant United States Attorney
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6738
     Facsimile: (213) 894-0141
     E-mail:    chris.bulut@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　　v.<br><br>DAVID JOSE HUERTA,<br><br>　　　　Defendant. | No. CR 2:25-00841-SB<br><br>NOTICE OF APPEARANCE |
|---|---|

　　　Plaintiff, United States of America, hereby advises the Court that the above-captioned case has been reassigned to a new Assistant United States Attorney ("AUSA") as follows:

|  | **Name** | **E-mail Address** |
|---|---|---|
| **PREVIOUSLY Assigned AUSA** |  |  |
| **Newly Assigned AUSA** | CHRIS BULUT | chris.bulut@usdoj.gov |

1  Please make all necessary changes to the Court's Case
2  Management/Electronic Case Filing system to ensure that newly
3  assigned AUSA is associated with this case as attorney of record for
4  the United States and that they receive all e-mails relating to
5  filings in this case.

6  Dated: December 22, 2025          Respectfully submitted,

7                                    TODD BLANCHE
                                     Deputy Attorney General
8
                                     BILAL A. ESSAYLI
9                                    First Assistant United States
                                     Attorney
10
                                     ALEXANDER B. SCHWAB
11                                   Acting Assistant United States
                                     Attorney
12                                   Chief, Criminal Division

13
                                      /s/
14                                   CHRIS BULUT
                                     Assistant United States Attorney
15
                                     Attorneys for Plaintiff
16                                   UNITED STATES OF AMERICA

2