TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
NEIL P. THAKOR (Cal Bar No. 308743)
CHRIS S. BULUT (Cal Bar No. 352016)
Assistant United States Attorneys
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6595 / 6738
    Facsimile: (213) 894-0141
    Email:    neil.thakor@usdoj.gov
                chris.bulut@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID JOSE HUERTA, <br><br> Defendants. | CR No. 2:25-cr-00841-SB <br><br> **GOVERNMENT'S PROPOSED STATEMENT OF THE CASE** <br><br> Trial Date: February 17, 2026 <br> Trial Time: 08:30 AM <br> Location: Courtroom of the Stanley Blumenfeld Jr. <br><br> Information: December 12, 2025 <br> Pretrial Conf.: February 3, 2026 <br> Trial: February 17, 2026 <br> Last Day: March 28, 2026 |

      Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorneys Neil P. Thakor and Chris S. Bulut, hereby submit the

//

//

government's Statement of the Case to be read to the jury in this matter.[1]

    The government respectfully requests the opportunity to make modifications to this statement if necessary.

Dated: January 28, 2026        Respectfully submitted,

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant U.S. Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

     /s/
NEIL P. THAKOR
CHRIS S. BULUT
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

---

[1] As the parties were addressing outstanding discovery issues and waiting for a new case schedule, there was no meet and confer over these documents. The defense is not consenting to any of the substance of the documents and will be prepared to submit the remainder of the filings based on a new schedule requested and set by the Court.

2

## **GOVERNMENT'S PROPOSED STATEMENT OF THE CASE**

This is a criminal case brought by the United States of America charging defendant David Jose Huerta ("defendant") with knowingly and willfully obstructing federal agents that were executing a lawful search warrant signed by a United States Magistrate Judge, in violation of 18 U.S.C. § 1501.

Defendant denies the allegations against him and has entered a plea of not guilty.