MARILYN E. BEDNARSKI, SBN 105322
E-Mail: mbednarski@mbllegal.com
McLane, Bednarski & Litt, LLP
975 East Green Street
Pasadena, California 91106
Telephone: (626) 844-7660
Facsimile: (626) 844-7670

ABBE DAVID LOWELL, *pro hac vice*
DAVID A. KOLANSKY, *pro hac vice*
E-Mail: alowellpublicoutreach@lowellandassociates.com
Lowell & Associates, PLLC
1250 H Street, NW, Suite 250
Washington, DC 20005
Telephone: (202) 964-6110
Facsimile: (202) 964-6116

Attorneys for Defendant
DAVID HUERTA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>DAVID HUERTA,<br><br>*Defendant*. | CASE NO.: 2:25-CR-00841-SB<br><br>**DECLARATION IN SUPPORT OF DEFENDANT'S OMNIBUS MOTION TO DISMISS THE FIRST SUPERSEDING INFORMATION**<br><br>Date: Aug. 4, 2026<br>(Hearing Length Estimate: 1 hour)<br>Time: TBD<br>Ctrm: 6C (1st Street U.S. Courthouse) |

## DECLARATION OF ABBE DAVID LOWELL

I, Abbe David Lowell, hereby declare the following:

1. I am a member of the bar of the District of Columbia and the founding member of the law firm Lowell & Associates, PLLC. The firm is co-counsel for Defendant David Huerta in this matter. I submit this declaration in support of Mr. Huerta's Omnibus Motion to Dismiss the First Superseding Information in the above-captioned matter. The following facts are true and correct to the best of my knowledge, based on my review of the discovery in this case and the inferences drawn therefrom.

2. I was provided with and reviewed discovery in this matter, which included search warrants, videos, and agent interview reports prepared after the events outside the gate to the Ambience Apparel warehouse on June 6, 2025.

3. Attached as **Exhibit A** is a true and accurate copy of the Homeland Security Investigations Briefing PowerPoint for Case: Ambiance USA, produced on January 4, 2026, government bates stamps HUERTA_00000730, HUERTA_00000732, HUERTA_00000750. The remaining slides from this PowerPoint have been omitted from this exhibit at the request of the government. Portions of this slide deck were also previously filed as Exhibit K to Mr. Huerta's Motion to Dismiss for Failure to State an Offense, *see* ECF 56-12, and as Exhibit R to Mr. Huerta's Omnibus Reply in Support of his Motions to Dismiss, *see* ECF 71-2.

4. Attached as **Exhibit B** is a true and accurate copy of the Investigation Report for June 6, 2025, Arrest of David Huerta, reported by HSI Special Agent Ryan Ribner, dated June 19, 2025, government bates stamp HUERTA_00000031.

5. Attached as **Exhibit C** is a true and accurate copy of the June 6, 2025, Counter Surveillance of 2415 E. 15th Street Report, reported by Task Force Officer Jeremy Crossen, dated June 23, 2025, government bates stamp HUERTA_00000045.

1

6. Attached as **Exhibit D** is a true and accurate copy of screenshots of text messages between Agent Ryan Ribner and Officer Jeremy Crossen, dated June 6, 2025, government bates stamps HUERTA_000000169; HUERTA_000000 HUERTA_000000172–73; HUERTA_000000178; HUERTA_000000182.

7. Attached as **Exhibit E** is a true and accurate copy of the Investigation Report, Michael Flanigan Interview, dated September 22, 2025, government bates stamp USAO-9-22-2025_0000235.

8. Attached as **Exhibit F** is a true and accurate copy of the Investigation Report, Ryan Ribner Interview, dated September 22, 2025, government bates stamp USAO-9-22-2025_00000239.

9. Attached as **Exhibit G** is a true and accurate copy of the Investigation Report, Interview of Carey Crook on 01-06-2026, dated February 19, 2026, government bates stamp HUERTA_00001007.

10. Attached as **Exhibit H** is a true and accurate copy of the Investigation Report, Janae Combest-Smith Interview on 01-02-2026, dated February 19, 2026, government bates stamp HUERTA_00001003.

11. Attached as **Exhibit I** is a true and accurate copy of a video titled IMG_2744, dated June 6, 2025, government bates stamp HUERTA_00000550, filed manually with this Court.

12. Attached as **Exhibit J** is a true and accurate copy of a video titled IMG_2754, dated June 6, 2025, government bates stamp HUERTA_00000560, filed manually with this Court.

13. Attached as **Exhibit K** is a true and accurate copy of a video titled IMG_2790, dated June 6, 2025, government bates stamp HUERTA_00000593, filed manually with this Court.

14.  Attached as **Exhibit L** is a true and accurate copy of the Investigation Report, Brian Gonzalez Interview, dated September 22, 2025, government bates stamp USAO-9-22-2025_00000211.

15. Attached as **Exhibit M** is a true and accurate copy of a video titled 32B02920-5B28-4F63-BD71-1D8B0D5174B8, dated June 6, 2025, filed manually with this Court.

16. Attached as **Exhibit N** is a true and accurate copy of a video titled 6372884869334302851, dated June 6, 2025, filed manually with this Court.

17. Attached as **Exhibit O** is a true and accurate copy of a video titled IMG 5985, dated June 6, 2025, filed manually with this Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of by knowledge.

Signed this 22nd day of June, 2026, at Washington, D.C.

By:  /s/ *Abbe David Lowell*
      ABBE DAVID LOWELL

3