# Exhibit A

# CASE: AMBIANCE USA

SA
Auditor
Worksite Enforcement Group
Homeland Security Task Force – I
Los Angeles, California



HOMELAND SECURITY INVESTIGATIONS

# Ambiance USA

- In February 2025, HSI served an I-9 inspection at Blue Dot USA and Apparel Line USA.
- In March 2025, HSI served I-9 inspections at Ambiance USA and Blue Dot USA (warehouse).
- HSI Auditors reviewed the I-9 documents and determined there were approximately one-hundred fifty-one (151) employees between the three (3) businesses. HSI Auditors determined that approximately sixty-nine (69) of the one-hundred fifty-one (151) employees had utilized fraudulent documents and/or identification (ID) and/or had expired documents.
- Most of the A-numbers and SSNs provided for the employees belonged to someone else and a few of the identification numbers listed on the documents did not exist.
- Additional research found that several of the employees had some type of record, to include final order of removal, reinstatement of deport order, detainer, watchlist, etc.

HONOR | SERVICE | INTEGRITY

# HOMELAND SECURITY INVESTIGATIONS

## SEARCH AND SEIZURE

- Gather everyone onsite, organize bodies as best as possible, form lines
- Identify everyone: all names and identifiers written down
- Individual searches of each body is not authorized. Basic searches for weapons is fine
- Consent to search wallets, personal belongings, or for IDs is required
- No need to handcuff everyone unless necessary
- Administratively arrest anyone that is on the list of 69 employees
- Administratively arrest anyone additional believed to be illegal
- Search and seize any I-9 paperwork or for evidence of fraudulent documents, facilitation of employing illegals, etc.
- Have extra handcuffs/ties on hand
- We are mostly interested in searching and seizing computers for HR personnel (HR Manager is [redacted])

HONOR | SERVICE | INTEGRITY