# Exhibit C

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**CASE NUMBER**
[redacted]

**CASE OPENED**
6/9/2025

**CURRENT CASE TITLE**
Conspiring to Impede Federal Agents - Ambiance 15th Street

**REPORT TITLE**
06/06/2025 Counter Surveillance of 2415 E 15th Street

**REPORTED BY**
Jeremy Crossen
TASK FORCE OFFICER

**APPROVED BY**
Ryan Ribner
SPECIAL AGENT

**DATE APPROVED**
6/23/2025

### SYNOPSIS

On June 6, 2025, Homeland Security Investigations (HSI) Los Angeles Special Agents (SAs), with assistance from Immigration and Customs Enforcement and Removal Operations (ICE ERO), the Drug Enforcement Administration (DEA) and the Federal Bureau of Investigation (FBI), executed multiple federal worksite search warrants at various commercial locations throughout the city of Los Angeles and within the Central District of California. While law enforcement agents were conducting one of the search warrants at 2415 East 15th Street in Los Angeles, a group of civilian protestors surrounded the entrance to the site, blocking the path of law enforcement agents from entering or exiting the location. HSI agents later arrested David HUERTA at the search warrant location for violating 18 USC 372 - Conspiracy to Impede an Officer.

This ROI documents the Under Cover Agent (UCA)'s interactions and observations in the protest crowd on June 6, 2025, at 2415 East 15th Street (Ambiance Apparel) in Los Angeles, California.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



## DETAILS OF INVESTIGATION

DETAILS OF INVESTIGATION:

On Friday, June 6, 2025, at approximately 09:00 HSI LA El Camino Real Financial Crimes Task Force (ECR-1) Task Force Officer (TFO) Jeremy Crossen parked his HSI vehicle on the south side of the west alley of east 15th Street. TFO Crossen was dressed in all black clothing with a cross-shoulder bag, to move surreptitiously through a potential crowd and blend in with any potential protestors.

At approximately 9:57 a.m., TFO Crossen observed a middle-aged Asian female wearing a green hooded sweatshirt and blue jeans. The female appeared nervous and was walking northbound and southbound through the entire length of the west alley of E. 15th street. The female made several phone calls and recorded agents with her phone. TFO Crossen contacted the female and asked if she knew what was going on inside. TFO Crossen told the female he saw police activity and stopped to record; however, he was unsure what was occurring inside the complex. The female identified herself as "Suji" and further stated she worked inside the building however she arrived late for work and was turned around by agents at the gate, who instructed her to go home. "Suji" stated she believed the activity was the result of an immigration raid, further stating she had many immigrant friends and coworkers inside that were messaging her. "Suji" pointed at a business just west of the west alley of E. 15th Street, "Imoshion handbags". "Suji" informed TFO Crossen that when agents executed the warrant at Ambiance Apparel, the employees and management of "Imoshion Handbags" became nervous and both closed and locked their doors. "Suji" told TFO Crossen that there are a lot of "immigrant workers" inside the handbag business that were nervous. TFO Crossen observed "Suji" interacting with several individuals that began gathering at the site of the warrant. TFO Crossen observed "Suji" unlock, enter and lock again a white Kia Sorento (CA#8SPN890).

At approximately 10:26 a.m., TFO Crossen observed a tall Hispanic male (UHM-1), wearing dark colored sneakers, black pants and a grey sweatshirt with a grey beanie. UHM-1 began filming the agents and placing multiple phone calls. UHM-1 asked TFO Crossen "Who are you with". TFO Crossen told the male he is not with an organization but sends posts to a friend who is a "first amendment auditor", who follows and films police to ensure they are following the law. TFO Crossen told UHM-1 he has never seen a raid like this and felt compelled to stop and film, like he does the police. TFO Crossen's answer appeared to satisfy UHM-1, who thanked him for doing "the right thing".

At approximately 11:07 a.m., TFO Crossen observed a beige Ford Ranger pickup truck parked facing northbound in the west alley of East 15th Street. Both front and rear license plates were



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

removed from the truck and a male Hispanic (UHM-2) exited and filmed though the west fence of the business. UHM-2 was wearing grey running shoes, blue jeans with a dark colored hooded windbreaker and a dark colored baseball hat and clear lensed glasses.

At approximately 11:10 a.m., TFO Crossen observed a Hispanic female (UHF-1), wearing a black "neck-gaiter" style facemask pulled over her nose, blue jeans and a black hooded sweatshirt with "Love Beyond Borders" and "Kids of Immigrants" and "Our parents planted dreams that grew roots beyond borders" emblazoned in blue, red, yellow and white font across the back, accompanied by a globe with "Immigrants" emblazoned across the globe in large yellow font.

**AGENT's NOTE:** *TFO Crossen identified the hooded sweatshirt* UHF-1 *wore for sale at www. kidsofimmigrants.us . The hooded sweatshirt is listed as a collaboration between "CHIRLA" and "Kids of Immigrants". The sweatshirt retails for $110.00 USD and is sold out in all sizes.*

*The front of her sweatshirt had "CHIRLA" emblazoned across the right side and "Kids of Immigrants" across the left. The back of the sweatshirt bore "Love Beyond Borders" and "Kids of Immigrants" and "Our parents planted dreams that grew roots beyond borders" emblazoned in blue, red, yellow and white font across the back, accompanied by a globe with "Immigrants" emblazoned across the globe in large yellow font.*

TFO Crossen observed UHF-1 both taking video and narrating a "livestream" with her cellphone. TFO Crossen heard UHF-1 either speaking or narrating "There is ICE, DEA, FBI" "They have brown bullet proof vests and green ones" "They have unmarked vehicles and vans" "get down here".

At approximately 11:25 a.m., The southwest gate of the business opened, and a beige Toyota sedan and a white ICE ERO transport van approached the south apron of the driveway. As the gate opened, UHM-1 ran from where he was standing, just east of the apron. UHM-1 initially stood center driveway of the apron, blocking the egress of the car and van while filming. An unidentified agent standing just north of the gate ordered UHM-1 to move and he subsequently complied. A Hispanic female (UHF-2), with long brown and red hair tied back in a ponytail wearing blue jeans, a long sleeve grey and white stripe colored shirt, carrying a black computer bag in her right hand, ran with UHM-1 to film the agents driving out of the business parking lot.

At approximately 11:31 a.m., an unidentified Hispanic female, later identified as, Guadalupe MARTINEZ (DOB: [redacted]/1996; COC USA) arrived and immediately met with UHF-1. MARTINEZ is described as a young Hispanic female adult, wearing a long, ankle length green patterned dress and her hair tied back in a ponytail. MARTINEZ began making multiple phone calls immediately after meeting with UHF-1. MARTINEZ began filming agents working just north of the closed gate, in-between phone calls and meeting with UHF-1. MARTINEZ initially arrived with her face unmasked, however as the protest grew in both size and aggression, MARTINEZ placed a mask over her face.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



At approximately 11:36 a.m., TFO Crossen observed an unidentified white female, later identified as Molly Rose SEGAL (DOB: [redacted]/1983; COC USA) SEGAL arrived and stood by the closed gate. SEGAL began making phone calls and texting, before filming agents. TFO Crossen described SEGAL as wearing Black 5-11 style tactical pants, black shoes, black shirt, black hooded sweatshirt, large black backpack, glasses and a short brown hair worn in a "pixie" style haircut. SEGAL initially arrived unmasked; however, SEGAL placed a N-95 style mask over her face as the crowd grew in both size and aggression.

At approximately 11:37 a.m., TFO Crossen observed a short, heavy set Hispanic male (UHM-3) arrive, later identified as; Jose DELGADO, Director of "ACCE Action", and immediately meet with UHF-1 and MARTINEZ. DELGADO began making phone calls and texting, utilizing two phones in between meetings with UHF-1 and MARTINEZ, the latter of which he met more frequently with for discussions. DELGADO was wearing brown shoes, dark jeans and a dark colored short sleeve button-up colored shirt with a subdued diamond pattern print in grey. DELGADO wore glasses and a black "paperboy" style hat with a single solid light brown stripe running from rear to brim of the hat. UHM-1 was standing near TFO Crossen while DELGADO and MARTINEZ were talking. UHM-1 told TFO Crossen that DELGADO was a City Councilman in Los Angeles.

**AGENT's NOTE:** *According to ACCE Action's website, "The Alliance of Californians for Community Empowerment (ACCE) Action is grassroots, member-led, statewide community organization working with more than 15,000 members across California. ACCE is dedicated to raising the voices of everyday Californians, neighborhood by neighborhood, to fight for the policies and programs we need to improve our communities and create a brighter future. Change from the bottom up: We take seriously our commitment to ground-up organizing to build a strong people's movement that can create transformative community change. Our local neighborhood chapters and issue committees, led by ACCE Action member leaders, meet regularly to strategize and plan campaigns. Central to this work is the belief that there's power in numbers and in collective action - ACCE Action members and their allies frequently "take to the streets" with rallies, town halls, and other actions to make their voices heard."*

TFO Crossen observed an unidentified Hispanic Male, later identified as Ivan Borjas ALTAMIRANO (DOB: [redacted]/1972; COC: USA) park a street sweeping vehicle, with "CEMAX Trucking Inc" emblazoned across the passenger door and "SW 15" across the front of the truck. ALTAMIRANO parked close to the south gate of the business. TFO Crossen watched as a middle age Hispanic male with short hair, goatee and sunglasses exited his vehicle and began filming agents. ALTAMIRANO was wearing brown work boots, dark blue work pants with yellow and grey reflective safety strips running horizontally just above his knees and a dark blue long sleeve work shirt with the same reflective safety striping across his elbows.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

At or around 11:37, TFO Crossen observed a heavy set unidentified Black Male (UBM-5) arrive and begin filming agents. UBM-5 was wearing black and white basketball shoes, blue jogging style pants, a white T-shirt and dreadlocks with a black "dread beanie" with a front facing brim.

By 11:46 a.m., A large crowd had amassed south of the business' south gate. TFO Crossen observed a short statured Hispanic male arrive, later identified as Guillermo Derek QUINTANILLA (DOB: [redacted]/1989; COC: SLV). QUINTANILLA wore dark blue jeans and a t-shirt with "CARECEN" emblazoned across the back. QUINTANILLA was balding with a beard, medium complexion and wore sunglasses. QUINTANILLA began shouting through the bars in Spanish at detainees being escorted by agents to a waiting white transport van, just north of the secured south gate.

**AGENT'S NOTE:** *The Central American Resource Center "CARECEN", states on its website "www.carecen-la.org" that it was founded in 1983 and is the largest Central American immigrant rights organization in the country. The CARECEN website's mission statement further states "CARECEN empowers central Americans and all immigrants by defending human and civil right and working for social and economic justice".*

At or around 11:46 a.m., TFO Crossen observed an unidentified Hispanic female (GARDUNO), later identified as Rubicella Maribel GARDUNO (DOB: [redacted]/1992; COC USA) in the crowd meeting with MARTINEZ, UHM-3 and QUINTANILLA. GARDUNO wore light colored jeans, a powder blue hooded sweatshirt and wore long black hair tied back in a ponytail. Around the same time, TFO Crossen observed another unidentified Hispanic female (UHF-6) in the crowd, further described as a short Hispanic female, wearing black pants and a long sleeve brown sweater with shoulder length brown hair. UHF-6 was carrying a white cutout sign printed with multi-colored, Spanish language text on what appeared to be white Bristol board paper, affixed to a wooden sign pole. UHF-6 began making phone calls, while clutching a stack of handout flyers, which she passed to a few members of the crowd.

At approximately 11:49 a.m., TFO Crossen observed a middle age Hispanic male, later identified as David Jose HUERTA (DOB: [redacted]/1967; COC USA), wearing black pants and a long sleeve red and white button up shirt, walking westbound on the south sidewalk of E. 15th street, towards the gate. HUERTA began meeting with UHF-1, MARTINEZ, GARDUNO, UHM-3 and QUINTANILLA.

At approximately 11:51 a.m., the crowd began growing exponentially in size. TFO Crossen observed an unidentified white female, later identified as Rose Elizabeth LENEHAN (DOB: [redacted]/1988; COC USA) join the crowd and immediately walk to the gate. LENEHAN wore brown sandals, blue jeans a black short sleeve t-shirt with a star on the back, with "LA Tenants Union" written around the star. LENEHAN had dirty blonde or light brown hair, which she wore in a ponytail bun. LENEHAN immediately yelling loudly "Fuck you!" "Fucking shits!" "Show your fucking faces!" At this time, SEGAL donned a white facemask and began yelling profanities at the agents. LENEHAN and


This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION



ALTAMIRANO began talking at the gate, immediately followed by ALTAMIRANO shouting profanities at the agents on the other side of the gate.

**AGENT'S NOTE:** *The "LA Tenants Union" website states they are a union of renters in Los Angeles, which advocates universal rent control and universal low-cost housing. The website also advises members to not open doors or cooperate with ICE, even if a warrant is present. The website also advises members to employ "delay tactics" to stall, delay and prevent agents from contacting others, who may be illegal aliens.*

At approximately 11:52 a.m., an unidentified white middle-aged male, later identified as Robert Gene STRONG (DOB: [redacted]/1972; COC USA), wearing brown shoes, blue jeans and a long sleeve red and white checkered colored button up shirt, black beret and a burgundy bandana worn over his face arrived and proceeded immediately to the gate at the same time as HUERTA. STRONG began yelling at the agents "Neo Confederate motherfuckers!" "Kill yourselves, shoot yourself with your fucking revolver!" and "Fascist mother fuckers!" HUERTA also began yelling at the agents "You're not police! You're not fucking police! You're not keeping me safe!". Around the same time, TFO Crossen observed a white female ,later identified as Riley BANTON (DOB:[redacted]/1996; COC USA) with a thin build, wearing blue yoga pants and a brown yoga halter top. BANTON had shoulder length brown hair and petite frame. BANTON immediately took a position beside HUERTA against the fence and began yelling obscenities at the agents. Around this time, TFO Crossen also observed an unidentified Hispanic male (UHM-7), wearing black shoes, baggy black work pants, a short sleeve black "Dickies" button up shirt, and a burgundy bandana pulled over his nose, covering his face, accompanied by dark sunglasses.

**AGENT'S NOTE:** *BANTON is the owner of, "Riley Vintage Clothing", located at 620 S. Clarence Street, Los Angeles, CA 90023.*

At approximately 11:54 a.m., A black Government Jeep Grand Cherokee, along with several other government vehicles, approached the apron of the driveway from E. 15th Street. The vehicle remained stopped as both the gate was closed and standing protesters were blocking the apron of the driveway, preventing the vehicle from pulling closer to the south gate for entry into the business. At this time, TFO Crossen observed HUERTA, LENEHAN, UHF-8 and UHM-7 sit down on the ground, approximately two to four feet from the closed gate. TFO Crossen both audibly heard and video recording HUERTA motioning with his left hand with an "enviting motion" to the crowd around him, yelling "Sit down! Sit Down!" repeatedly. HSI Supervisory Special Agent (SSA) Ryan Ribner approached the closed gate from the other side and informed the seated protesters they were impeding the vehicles and needed to move. Upon hearing this, HUERTA, while still seated, "scooted" forward, where he was now seated on his knees, right against the gate. HUERTA ignored SSA Ribner's orders to move because they were impeding law enforcement vehicles attempting to enter the business. HUERTA yelled to SSA Ribner, "What are you doing! What are you doing! I



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION



can't hear you through your fucking mask! How are you keeping me safe by doing this!" SSA Ribner, calmly again admonished HUERTA that he was impeding law enforcement vehicles from entering. At this time, UHF-8, who was seated furthest away from SSA Ribner, stood up and moved out of the way of the vehicle, while HUERTA, LENEHAN and UHM-7 remained seated. LENEHAN raised both of her middle fingers at SSA Ribner and the agents, and screamed loudly in a cracking voice "Fuck you! Fuck you! Fuck you!". GARDUNO walked over to HUERTA, UHM-7 and LENEHAN, turned to address the rest of the crowd and began yelling "Start a picket line! Walk in circles!", while motioning with her arms in a circle.

At approximately 11:56 a.m., TFO Crossen observed STRONG reach through the south gate of the business and attempt to grab a cellular phone from the belt of a DEA agent, standing behind the gate. Immediately after reaching for the phone, STRONG retreated, running quickly southwest, towards a Black Government Jeep Grand Cherokee, which was attempting to enter the complex and unable to do so, because of multiple protesters blocking the apron, including; HUERTA, STRONG, LENEHAN, ALTAMIRANO, SEGAL and an older Hispanic male, later identified as; Prudencio Olivares NAVA (DOB:[redacted]1960; COC USA). While the others blocked the apron of the driveway, HUERTA stood and remained against the fence, yelling at agents, while GARDUNO paced back and forth, yelling to address the crowd and calling for them to "Walk back and forth!" and "Start a picket line!", and "You can't follow their laws!". Again, SSA Ribner attempted to calm the crowd, informing them they were blocking vehicles that need access. GARDUNO began walking in circles again, yelling at the crowd, "Don't engage with them!" "Start picketing!" "Start a picket line in front of the gate!". An unidentified Hispanic female, wearing blue jeans and a black shirt with long black hair, later identified as; Zuleima CUERVO (DOB: [redacted]1994; COC USA), began walking back and forth, to block the gate and deny access to any police vehicles attempting to gain entry or leave the business.

At approximately 11:59 a.m., HUERTA began walking in circles, directly in front of the gate, while yelling instructions in Spanish to the crowd. The crowd joined HUERTA, walking in circles in a "picket line" in front of the gate.

At approximately 12:01 p.m., a black GMC pickup truck with a large Mexican flag affixed to the rear bed pulled up and onto the apron, completely blocking the driveway. HUERTA, STRONG, NAVA and LENEHAN erupted with cheers and laughter as the pickup truck blocked the driveway and played the song "FDT" by the rapper "YG" at a high volume. The driver, an unidentified slender Hispanic male, (UHM-8) wearing a black baseball hat with "LA" printed in yellow on the front, goatee, sunglasses, black and grey checkered plaid jacket over a dark colored plaid shirt. remained in the truck, eventually eviting to participate in the shouting and blocking of the driveway apron. HUERTA began banging loudly on the fence and screaming at the agents behind the gate. GARDUNO began yelling over a loudspeaker "When ICE shows up, what do we do!" while the crowd shouted back, "Stand up fight back!". While GARDUNO repeated the same call and answer to the crowd,



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

HUERTA shouted at agents while again pointing through the fence, "Your president wants things to be made in America and this is being made in America!".

At approximately 12:15 p.m., a white Law enforcement van pulls up to the apron of the driveway, just south of the main south gate with its siren and emergency lights activated. As the vehicle pulled up, agents opened the south gate, and several agents walked from inside the property compound to the apron of the driveway to assist with moving protestors so the emergency vehicle could gain entrance. As most of the crowd moved for the loud audible siren and emergency police lights, LENEHAN, GARDUNO, CUERVO, ALTAMIRANO, UHM-7, and an unidentified Hispanic female, later identified as Edith DIAZ (DOB: [redacted]/1977; COC UNK) and UHM-8, who was now out of his unoccupied vehicle, which was playing loud music and blocking the apron, ran closer to and in front of the law enforcement vehicle to block it.. HUERTA also moved toward the emergency van with activated lights and siren and stood approximately two feet from the front bumper, directly in front of it, ignoring the emergency lights, activated siren and ignoring agents orders to move. ICE ERO SDDO C[redacted] C[redacted] placed his two hands on HUERTA's shoulders and pushed him out of the way of the emergency vehicle. HUERTA reached forward with both hands and pushed SDDO C[redacted] back. SSA Ribner jumped forward to assist SDDO C[redacted] while HUERTA fell backwards. At this time, TFO Crossen's view of HUERTA, SDDO C[redacted] and SSA Ribner was obscured by the crowd. TFO Crossen observed LENEHAN become irate and stand in front of the police van with activated emergency lights and siren. Before HUERTA could be escorted behind the gate, the agents were swarmed by GARDUNO, LENEHAN, MARTINEZ, UHM-1, CUERVO and DIAZ. UHF-6 sat down with her sign in the center of the driveway apron, after agents pushed the crowd out of the way and the law enforcement vehicle was able to enter the business.

By approximately 12:18 p., the crowd had become large and multiple protestors arrived with bullhorns, and bearing t-shirts and other clothing items from "CHIRLA", "Kids of Immigrants" "CARECEAN" "STOP LAPD Spying Coalition" and many others. Journalists began arriving to film and LAPD officers arrived in riot gear, forming a scrimmage line.

At approximately 12:20 p.m., TFO Crossen observed an unidentified Hispanic male, later identified as Jose Alejandro "Chando" RIVERA (DOB:[redacted]/1987; COC GTA), wearing a dark navy blue "Alliance Electric" polo shirt over a long sleeve powder blue or grey t-shirt. RIVERA wore khaki pants and sunglasses and was filming agents through the gate. RIVERA calmly squatted in front of the gate, producing a large gauge steel chain he was carrying wrapped in a shirt in front of him. RIVERA quickly flung the chain through the gate and attempted to quickly place a padlock on the chain, to lock agents and vehicles inside the business. RIVERA quickly and discreetly stood up and disappeared into the crowd. As RIVERA attempted to place the chain around the fence, LENEHAN attempted to use her body to shield the view of law enforcement, accompanied by an unidentified Hispanic male, later identified as; Arturo HERMOSILLO (DOB: [redacted] /1988; COC GTA), who also observed RIVERA's actions and used his body to purposely shield



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



RIVERA's actions from law enforcement view. TFO Crossen also observed an unidentified heavy-set female, wearing a red cardigan and carrying a bullhorn, who observed RIVERA's actions and ran to use her body to shield the view of law enforcement, and an unidentified white female with what appeared to be "press credentials" hanging from her neck, with red hair tied back in a ponytail, wearing black shoes, black pants, a blue blouse and blue plaid blazer with a red backpack, who was standing approximately two feet from RIVERA, filming his actions. Following RIVERA's attempt at locking the agents inside the business complex, he removed his outer polo shirt and returned, wearing brown khaki pants and a long sleeve powder blue t-shirt and sunglasses.

At approximately 12:28 p.m., TFO Crossen observed a Los Angeles City Fire truck with activated emergency lights and loud audible siren, attempting to gain entry to the business, still being blocked by protestors, to render aid for HUERTA, inside the business, who had been exposed to OC Spray, during his arrest. UHM-8 and his pickup truck were still blocking the driveway, along with a white Toyota (CA#9JBA807), ALTAMIRANO's street sweeping vehicle, along with several other vehicles. RIVERA, UHM-8, and multiple others were both ignoring the orders of agents and LAPD to move out of the way so the fire truck could enter. At approximately 12:38 p.m., the firetruck had not yet been able to gain entry. At this time, TFO Crossen recognized another individual blocking the driveway and filming, known to TFO Crossen as a managing member of a Human Smuggling Organization (HSO), Antonio SARAT AJIATAZ (DOB:[redacted]1975; COC GTA).

**AGENT's NOTE:** *For additional information regarding SARAT AJIATAZ, refer to HSI Case (#* [redacted] .

At approximately 12:51 p.m., the LA City Fire Truck had still not been able to enter. MARTINEZ appeared to speak with LAPD supervisors briefly and then announced, via a bullhorn to protestors that they needed to stand to the side, or they would be arrested. Most protestors followed MARTINEZ's instructions and started moving out of the way. While MARTINEZ attempted to clear the area, GARDUNO again paced back in forth in "CIRCLES", blocking the Fire Truck's access.

At approximately 1:11 p.m., after the agents left the complex, via another gate, the protestors began to disperse. TFO Crossen followed RIVERA to his vehicle, a blue Honda SUV, bearing California License Plate (#9GDW810)

TFO Crossen attempted to obtain clear and concise video, however due to both the size of the crowd, hostility towards law enforcement and proximity to which protesters were standing behind and around TFO Crossen, with full view of the screen of his phone, where it is easy to discern if he was filming protestors or agents by anyone standing near or behind him. Due to not having an effect way to shield the screen on his phone while filming, TFO Crossen was forced to repeatedly pan his field of view from the crowd to either agents, or the ground. TFO Crossen did this to both move surreptitiously through crowd undetected and to avoid being discovered by a hostile and agitated crowd.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



This investigation continues.

| Current Case Title | ROI Number | Date Approved |
| --- | --- | --- |
| Conspiring to Impede Federal Agents - Ambiance 15th Street | [redacted]005 | 6/23/2025 |



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.