# Exhibit D

They are calling people I can hear them. If you want to put that out 10:31 AM

11 out front now and filling up quick 10:31 AM

Copy 10:32 AM

👍

It's organized. Two groups just met up and fist bumped without saying hi 10:33 AM

Keep up what your doing 10:33 AM

13 now 10:37 AM

There will be more now 10:39 AM

Two of them said they are here because their dad works here the fat guys 10:39 AM

5 more walking up now 10:45 AM

Some organized looking dudes arrived 10:47 AM

It's gonna be fun going through this video later 10:51 AM

What are they doing 10:53 AM



Listen to Audio on this one 11:05 AM



11:10 AM

Beyond borders is here now 11:10 AM

She's on the phone narrating!!!! Calling out officers descriptions!!! 11:12 AM

ID her 11:17 AM

Trying to. Face mask and no veh yet but will follow 11:19 AM

She's on the phone narrating!!!! Calling out officers descriptions!!! 11:12 AM

ID her 11:17 AM

Trying to. Face mask and no veh yet but will follow 11:19 AM

She's with CHIRLA 11:22 AM

It's on her shirt 11:23 AM

Will check out their page 11:23 AM

So far she's peaceful but on non-stop phone calls and calling out agent markings and description. They are trying to figure out what agency at first 11:23 AM

Good job 11:24 AM

Call my personal if you need to call me (this one) 11:25 AM

4 from without borders here 11:36 AM



Looks like trouble — 11:50 AM

> Guy just showed up with a face bandana and hugged the girl with a bandana from no borders

ID this guy — 11:50 AM

Get the white female — 11:51 AM

Rebate passing word the other bodies are going out the other exit — 11:52 AM

They said "we can try to stop them from there" — 11:53 AM

Red shirt beard — 11:53 AM

Yup — 11:56 AM

He's yelling "neon onfederates!" — 11:56 AM

Every now and then I have to film you guys and not crowd to sell it — 12:00 PM

Lot of whites — 12:02 PM

Have veh blocking sure you see — 12:09 PM

Dudes w gloves and ski masks arriving — 12:09 PM

I don't like them all around my jeep

9:03 LTE

Jeremy

Btw I got a bunch of them to go to the wrong side. I told them there was a gate in the alley I think



The guy w the chains

Tried to lock you all in

I have pics of him too

Okay good.

Fuck they have a quad blocking my

iMessage