# Exhibit E

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**CASE NUMBER**
[redacted]

**CASE OPENED**
9/17/2025

**CURRENT CASE TITLE**
18 USC 1501- HUERTA, David

**REPORT TITLE**
Michael Flanigan Interview

**REPORTED BY**
Norman Early
SPECIAL AGENT

**APPROVED BY**
Henry Blackwell
SPECIAL AGENT

**DATE APPROVED**
9/22/2025

### SYNOPSIS

On June 6, 2025, Homeland Security Investigations (HSI) Los Angeles Special Agents (SAs), with assistance from Immigration and Customs Enforcement and Removal Operations (ICE ERO), the Drug Enforcement Administration (DEA) and the Federal Bureau of Investigation (FBI), executed a federal worksite search warrant at Ambiance Apparel located at 2415 East 15th Street in Los Angeles, California. During the execution, a large crowd of protesters formed and blocked the entrance to the main gate of the premises. HSI agents later arrested David HUERTA at the search warrant location for violating 18 USC 372 - Conspiracy to Impede an Officer. In August of 2025, HSI Integrated Operations Group (IOG) initiated an investigation into HUERTA for violations of 18 USC 1501 - Assault on process server.

This Report of Investigation (ROI) will document the interview of Michael Flanigan.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



## DETAILS OF INVESTIGATION

On September 09, 2025, Homeland Security Investigations (HSI) Special Agent (SA), Norman Early and Assistant United States Attorney (AUSA) Mark Aveis interviewed Drug Enforcement Administration (DEA) Group Supervisor (GS) Michael Flanigan via telephone.

GS Flanigan stated the following, in substance, and it is not a verbatim transcript of the interview.

- GS Flanigan stated he has been employed by the DEA for 17 years.
- GS Flanigan stated he current position is Group Supervisor for Enforcement Group 4.
- GS Flanigan stated he has testified before in federal criminal cases.
- GS Flanigan stated his role on June 6, 2025 was perimeter security.
- GS Flanigan stated he volunteered his group of all DEA agents to work gate 1 "in case there was a protest" because he has experience in deescalating and talking to the public.
- GS Flanigan stated he worked with Supervisory Detention and Deportation Officer Carey Crook (SDDO Crook) at least twice before the Ambiance search warrant on June 6, 2025.
- GS Flanigan stated he was present for the operation briefing the morning of June 6, 2025 at the staging location at 300 N. Los Angeles St. Los Angeles, CA 90012 and recalls the case agent, a female, mentioning there were three gates at the location of two large warehouses.
- GS Flanigan stated he did not see the PowerPoint presentation.
- GS Flanigan stated he did not wear body worn camera (BWC) because the DEA removed the policy.
- GS Flanigan stated he was informed by SDDO Crook that a van would arrive.
- GS Flanigan recalled hearing the crowd saying "block the van" and concluded that HUERTA intended to block the van and may have has his arms crossed.
- GS Flanigan recalled HUERTA being physically removed.
- After watching video 2790, GS Flanigan recalled seeing HUERTA move from the gate towards the van but doesn't recall if HUERTA was standing directly in front of the van.
- GS Flanigan stated he never observed HUERTA touch the van and did not see HUERTA straddle the van.
- GS Flanigan stated he has not talked to anyone about the incident nor has he been interviewed about the incident.
- GS Flanigan stated he never walked outside of the gate and observed everything from his perspective behind the gate.

INVESTIGATION CONTINUES.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| 18 USC 1501- HUERTA, David | [redacted] | 9/22/2025 |



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.