# Exhibit G

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**CASE NUMBER**
[redacted]

**CASE OPENED**
9/17/2025

**CURRENT CASE TITLE**
18 USC 1501- HUERTA, David

**REPORT TITLE**
Interview of Carey Crook on 01-06-2026

**REPORTED BY**
Norman Early
SPECIAL AGENT

**APPROVED BY**
Nicholas DeSimone
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
2/19/2026

### SYNOPSIS

On June 6, 2025, Homeland Security Investigations (HSI) Los Angeles Special Agents (SAs), with assistance from Immigration and Customs Enforcement and Removal Operations (ICE ERO), the Drug Enforcement Administration (DEA) and the Federal Bureau of Investigation (FBI), executed a federal worksite search warrant at Ambiance Apparel located at 2415 East 15th Street in Los Angeles, California. During the execution, a large crowd of protesters formed and blocked the entrance to the main gate of the premises. HSI agents later arrested David HUERTA at the search warrant location for violating 18 USC 372 - Conspiracy to Impede an Officer. In August of 2025, HSI Integrated Operations Group (IOG) initiated an investigation into HUERTA for violations of 18 USC 1501 - Assault on process server.

This Report of Investigation (ROI) will document the interview of Carey Crook.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



## DETAILS OF INVESTIGATION

On January 6, 2026, Homeland Security Investigations (HSI) Special Agent (SA) Norman Early along with Assistant United States Attorneys (AUSAs) Neil Thakor and Chris Bulut interviewed Department of Homeland Security (DHS) Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) Supervisory Detention and Deportation Officer (SDDO) Carey Crook via Microsoft Teams.

SDDO Crook stated the following, in sum and substance:

*This summary is not a verbatim transcript of the words spoken during the interview.*

- He was not present during the planning phase of the operation
- His assistance was requested the day of the operation.
- HSI requested a certain amount of ERO personnel to assist with the operation.
- His supervisor, Assistant Field Office Director (AFOD) Christian Menjivar volunteered him and others to assist on June 6, 2025.
- His job was to interview and run checks to determine who had legal status or not.
- He was verbally briefed by the case agent, SA Janae Combest-Smith (SA Smith.)
- His understanding was that he would make entry into the warehouse, receive managers towards the front, and secure the building by putting everyone in one room while SA Smith receives employment documents.
- His role was to keep everyone organized and conduct immigration checks by interviewing individuals and using ICE databases to determine alienage.
- When he first arrived, he spoke with management of the location and requested them to bring everyone to a breakroom.
- He learned of protestors within 10-15 minutes of his arrival.
- He stepped out to the front near the conclusion of his interviews.
- He left another ERO officer to finish his interview because he needed to get a transport van inside the location.
- He heard other law enforcement personnel speaking about protestors.
- He was in communication with the transportation van driver, Brian Gonzalez, via cell phone and giving him instructions.
- He stayed outside the warehouse behind the gate until the transportation van arrived.
- He first observed a red Chevy truck blocking part of driveway of the front entrance.
- He recalled seeing an adult female crying.
- He spoke with her and learned that she was the daughter of a worker inside the warehouse.
- He gave her a card that informed her where her dad was going to be detained and processed.
- He didn't recall seeing children present.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

- The driveway of the front entrance was wide enough for two vehicles to pass by and contained a large metal gate, presumably about 12 feet wide.
- He did not see anyone sitting down when he first came outside the warehouse.
- He observed one or two individuals sitting down as the transportation van was approaching.
- He recalled seeing individuals sitting in front of the transportation van.
- He directed the driver of the transportation van, Brian Gonzalez, to drive to the front since it was the only open entry point at that time.
- When he (SDDO Crook) entered the location near the main gate, the other gate in the back had a chain lock. *(An HSI agent looked at the gate and informed SDDO Crook that it was chained).*
- While he was on the phone with Gonzalez, he instructed him to utilize his lights and sirens to let everyone know he's coming and moving through the gate.
- He instructed Gonzalez to do this and specifically stated, "So no one can say they didn't see the vehicle, and it makes himself visible while driving through crowd."
- He told Gonzalez that there were protestors and that the plan was to open the gate at the last minute before the van arrived.
- He didn't know who David Huerta ("HUERTA") was at the time of the operation but observed HUERTA prior to the arrival of the van.
- He knows who HUERTA is now after seeing him on television.
- He recalled during the demonstration, observing HUERTA sticking his hands through gate and stating: "This isn't right", "You need a warrant", You're racist", "Nazis".
- He recalled HUERTA yelling profanities.
- He didn't recall HUERTA talking to demonstrators when he first arrived.
- There were about 8-10 law enforcement officers inside the gate.
- When the transportation van arrived, he recalled HUERTA encouraging protestors to sit down and block the van.
- It took 5 minutes to get the transportation van through the gate, "Because people were standing in front of the van" and that they had to move people from in front of the van.
- SDDO Crook specifically stated that, "It wasn't a smooth transition."
- The video that was previously shown to him by AUSA Mark Aveis and SA Early "doesn't capture the full timeframe".
- The transportation van tried to pull in and then HUERTA and a few others sat in front of the van for a short amount of time.
- He recalled HSI GS Ryan Ribner speaking with demonstrators and observed some of them walking away afterwards.
- He recalled HUERTA putting his hands in front of the transportation van like an "X position" …"As if he's not going to let van inside the location."
- He exited the gate and gave HUERTA a light push to direct him to move.
- SDDO Crook specifically stated that HUERTA "stood his ground, anchored himself, and put his arms in his own chest" as if he was resisting.


This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



- He gave HUERTA a harder push and HUERTA fell backwards.
- GS Ribner took HUERTA to the ground.
- He, (SDDO Crook), then moved another person from in front of the transportation van.
- He heard GS Ribner say "arrest him arrest him".
- GS Ribner called him for help.
- GS Ribner used Oleoresin Capsicum (OC) spray on HUERTA.
- *Agent Note: OC spray is a chemical irritant that is used by law enforcement on non-compliant individuals, typically to gain control of that individual in a law enforcement use-of-force scenario.*
- HUERTA locked his arms under his own body but he was able to retrieve his arms and hand cuffed him.
- After HUERTA was handcuffed, he was picked up, brought through the gate and decontaminated with water.
- An FBI supervisor called an ambulance for HUERTA.
- He recalled HUERTA saying that he couldn't breathe.
- After the incident, he was getting the detainees prepped in the transportation van and trying to find an exit.
- All personnel exited through the back due to the protestors blocking the front.
- He received pictures of the protest from HSI Task Force Officer Jeremy Crossen.

Investigation continues.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.