# Exhibit I

Video file, filed manually