# Exhibit J

Video file, filed manually