# Exhibit K

Video file, filed manually