# Exhibit N

Video file, filed manually