# Exhibit O

Video file, filed manually